23 A.3d 912

WILLIAM LAYTON AND TED COSTA, RESPONDENTS,
v. FREDERICK CARLTON "CARL" LEWIS,
PETITIONER.

May 6, 2011.

## ORDER

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004047–10 having been submitted to this Court, and the Court having considered the same, and there being no warrant for the Court to address the federal constitutional claims that remain pending in the United State District Court for the District of New Jersey;

It is ORDERED that the petition for certification is denied.